UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ARUN RATTAN,                                )
                                            )
              Plaintiff,                    )
                                            )
v.                                          )              No. 3:12-CV-325
                                            )              (PHILLIPS)
RANDY NICHOLS, KNOX COUNTY                  )
DISTRICT ATTORNEY GENERAL, et al.,          )
                                            )
              Defendants.                   )

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motions to Dismiss filed by the Defendants [Doc.11]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Arun Rattan take nothing, that Plaintiff's claims be **DISMISSED WITH PREJUDICE**, and that the Defendants recover of the Plaintiff their costs of action.

Dated at Knoxville, Tennessee, this __6th__ day of March, 2013.

_____ s/ Debra C. Poplin _____

Clerk of Court

I.